IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BEAUTY ROBERTSON,

    Plaintiff,

vs.                                                                                          Case No. 05-2635 D V

AMERICAN INTERNATIONAL GROUP, INC., et al.,

    Defendants.

### ORDER OF TRANSFER

The above-styled case is hereby transferred to Judge Samuel L. Mays. Because these cases may well become MDL cases, no like and similar case will be transferred to Judge Donald. The parties shall, on all pleadings and correspondence related to this matter, change the judge's initials in the case number from D V to M V.

IT IS SO ORDERED this 28 day of November 2005.

                                              BERNICE BOUIE DONALD
                                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-29-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CV-02635 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Patrick Ryan Beckett
BUTTER SNOW O'MARA STEVENS & CANNADA, PLLC
P.O. Box 22567
Jackson, MS 39225--256

Clinton C. Carter
BEASLEY ALLEN CROW METHVIN PORTIS & MILES, PC
272 Commerce St.
P.O. Box 4160
Montgomery, AL 36103--416

Daniel Warren Van Horn
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Frank M. Holbrook
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT